UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 5:25-cv-02014-FLA (ADS) | Date | August 4, 2025 |
|---|---|---|---|
| Title | Carlos Mario Silva Hernandez v. Warden, *et al.* | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 2]**

On August 2, 2025, Petitioner Carlos Mario Silva Hernandez ("Petitioner") filed an Emergency Motion for Temporary Restraining Order and Stay of Removal (the "Motion"). Dkt. 2 ("Mot."). Petitioner did not reserve a hearing date or comply with the other notice requirements of Local Rules 6-1, 7-3, 7-19, 7-19.1.[1] The proof of service also indicates Petitioner served Respondents by "deposit[ing] the documents in the United States mail," on Saturday, August 2, 2025, and Respondents have not had a reasonable opportunity to respond. Accordingly, the court will address the motion as an *ex parte* application for a temporary restraining order.

Fed. R. Civ. P. 65(b)(1) ("Rule 65(b)(1)") states:

> **(b) Temporary Restraining Order.**
>
> (1) *Issuing Without Notice.* The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney **only if**:
>
> > (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

---

[1] Petitioner also failed to comply with the procedural requirements set forth in Local Rule 11-3. Petitioner is advised that the court expects him to comply fully with all applicable statutory requirements, court rules, and court orders, and that failure to so comply may result in the denial of motions and *ex parte* applications, and the striking of filings and other documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02014-FLA (ADS) | Date | August 4, 2025 |
| Title | Carlos Mario Silva Hernandez v. Warden, *et al.* | | |

    (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

(emphasis added).

    As Petitioner did not comply with the requirements of Rule 65(b)(1), the court lacks the authority to grant the relief requested.   The court, therefore, DENIES the Motion without prejudice.

    IT IS SO ORDERED.

                                                                                                                                                                                  :

Initials of Preparer    tf