JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS MARIO SILVA HERNANDEZ,

               Petitioner,

    v.

WARDEN, *et al.*,

               Respondents.

Case No. 5:25-cv-02014-FLA (ADS)

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the court is a Notice of Mootness and Request for Dismissal Without Prejudice ("Notice") filed by Petitioner Carlos Mario Silva Hernandez ("Petitioner"). Dkt. 10. The Notice states Petitioner is no longer in federal custody, has departed the United States voluntarily, and returned to his country of origin. *Id.* at 2. The Notice requests the court dismiss the action without prejudice as moot. *Id.* at 2–3. Respondents have not opposed the request for dismissal.

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." *United States v. Alder Creek Water Co.*, 823 F.2d 343, 345 (9th Cir. 1987); *see also NASD Disp. Resol., Inc. v. Jud. Council*, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs

1

had already been granted the relief they sought).  Courts have an obligation to consider mootness *sua sponte* and should deny requested relief where it is superfluous.  *In re Burrell*, 415 F.3d 994, 997 (9th Cir. 2005).  "Generally, a petition for habeas corpus becomes moot should a prisoner be released from custody before the court has addressed the merits of the petition."  *Zal v. Steppe*, 968 F.2d 924, 926 (9th Cir. 1992); *Munoz v. Rowland*, 104 F.3d 1096, 1097–98 (9th Cir. 1997) ("Because [the petitioner] has been released …, we can no longer provide him the primary relief sought in his habeas corpus petition.").

Here, the Notice requests dismissal because Petitioner is no longer in federal custody, departed the United States voluntarily, and has returned to his country of origin.  Dkt. 10 at 2.  The Notice admits the Petition is moot.  *Id.*  The court can no longer provide Petitioner the relief sought in the Petition.  Accordingly, the Petition is moot.

The court, having considered the Notice, hereby DISMISSES the Petition without prejudice.

IT IS SO ORDERED.

Dated: February 23, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2