UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS MARIO SILVA HERNANDEZ,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 5:25-cv-02014-FLA (ADS)

**JUDGMENT**

Pursuant to the court's Order Dismissing Petition for Writ of Habeas Corpus, it is hereby ADJUDGED that the above-captioned action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 23, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

1